UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND


MARK SILVA and                              :
LAUREN DAMIANI,                             :
    *Plaintiffs*                             :
                                            :
v.                                          :    C.A. No.: 1:24-cv-00093
                                            :
                                            :
TRUIST BANK and                             :
JOHN DOE, HOLDING ACCOUNT                   :
NO. 061113415 1110025960959                 :
    *Defendants*


## NOTICE OF VOLUNTARY DISMISSAL

Now come Plaintiffs, Mark Silva and Lauren Damiani, and hereby serves this within Notice of Dismissal of the Plaintiffs' Complaint pursuant to F.R.C.P 41 (a)(1) as the Defendant has not served an answer nor filed a motion for summary judgment. As grounds thereto Plaintiffs now states that they have mitigated their damages by consummating the underlying real estate transaction and therefore their damages to do not satisfy the threshold for federal subject matter jurisdiction based on diversity of citizenship. Said dismissal shall be without prejudice and does not affect any related State claims.

RESPECTFULLY SUBMITTED,
Plaintiffs Mark Silva and Lauren Damiani,
By their attorneys,

_____

Albert E. Medici, Jr. (No. 4584)
MEDICI & SCIACCA, P.C
1312 Atwood Avenue
Johnston, RI 02919
Tel. 401-946-3910
Fax 401-942-4918
Email: am@medicisciacca.com
Date:   June 17, 2024

CERTIFICATION OF SERVICE

I hereby certify that on this 17th day of June, 2024, I caused a true copy of the within to be electronically shared and served via the Court efiling system upon the following:

Todd D. White, Esq. (#5943)
Adler Polllock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel. 401-274-2700
Fax 401-351-4607
Email: twhite@apslaw.com

John D. Sadler, Esq.
*Pro Hoc Vice*
Ballard Spahr, LLP
1909 K. St. NW, 12th Floor
Washington, DC 20006
Tel 202-661-2200
Fax 202-661-2299
Email: sadlerj@ballardspahr.com

/s/ Albert E. Medici, Jr., Esq.

2